PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
NOV 17 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Roxanne Elaine Rankin**

**Docket No. 0:02CR00228-002(DSD)**

**Petition on Supervised Release**

COMES NOW **Melissa L. Perez**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Roxanne Elaine Rankin** who was sentenced for Conspiracy to Distribute Methamphetamine and Cocaine on January 14, 2004, by the Honorable David S. Doty, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Alcohol restrictions
- Do no frequent bars
- Drug treatment
- Alcohol treatment
- Substance abuse testing
- Mental health
- Take prescribed medications

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION E: The defendant shall participate in a program for drug and alcohol abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling or a support group.

On November 4, 2006, Ms. Rankin failed to report for urinalysis.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform eight hours of community service, as approved by the probation officer.

SCANNED
NOV 17 2006
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 16TH day of November, 2006, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

Melissa L. Perez
U.S. Probation Officer

Executed on November 15, 2006
Place St. Paul