Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Roxanne Elaine Rankin

Docket No. 0:02CR00228-002(DSD/SRN)

## HEARING WAIVER

I, Roxanne Elaine Rankin, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 8 hours of community service, as approved by the probation officer.

Signed: Roxanne E. Rankin
Roxanne Elaine Rankin
Supervised Releasee

Dated: 11-9-06

Witness:
Melissa L. Perez
United States Probation Officer

SCANNED
NOV 17 2006
U.S. DISTRICT COURT MPLS