UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 02-CR-228(2) (DSD/SRN)

| | | |
|---|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Roxanne E. Rankin,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE** |

* * * * * * * * * * * * * * * * *

Defendant Roxanne E. Rankin, by and through her undersigned attorney, Joseph S. Friedberg, hereby moves the Court for modifications of the conditions of her supervised release. This motion is being brought with the knowledge and consent of Defendant's probation officer, Melissa Perez. Defendant requests the Court schedule a hearing to address this motion.

Dated: October 10, 2007

JOSEPH S. FRIEDBERG, CHARTERED

/s/ Joseph S. Friedberg

Joseph S. Friedberg
Attorney Reg. No. 32086
Suite 320 Fifth Street Towers
150 South Fifth Street
Minneapolis, MN 55402
(612) 339-8626

Attorney for Defendant Rankin