**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

*United States of America,*
Plaintiff,

v.

*Roxanne E. Rankin,*
Defendant.

**CERTIFICATE OF SERVICE**

Case No.: 02-CR-228(2) (DSD/SRN)

I hereby certify that on October 10, 2007, I caused the following document:

*Motion to Modify Conditions of Supervised Release*

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

*Jeffrey Paulsen; Joseph S. Friedberg*

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

*N/A*

Dated: October 10, 2007

**/s/ Joseph S. Friedberg**
Joseph S. Friedberg