UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 02-CR-228(2) (DSD/SRN)

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **AFFIDAVIT OF** |
| vs. | ) | **JOSEPH S. FRIEDBERG** |
| | ) | |
| Roxanne E. Rankin, | ) | |
| | ) | |
| Defendant. | ) | |

* * * * * * * * * * * * * * * * *

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

**JOSEPH S. FRIEDBERG**, being first duly sworn, states as follows:

1. Your affiant represents defendant Roxanne E. Rankin, having done so at her plea and sentencing, and now during this proceeding.

2. Ms. Rankin pleaded guilty to conspiracy to distribute methamphetamine and cocaine, and aiding and abetting money laundering on April 14, 2003.

3. On January 14, 2004, the Court sentenced Ms. Rankin to 47 months on each of the two counts, as well as five-year and three-year terms of supervised release to be served concurrently.

4. Ms. Rankin is currently on supervised release under the supervision of U.S. probation officer Melissa L. Perez. One condition of the supervised release is that Ms. Rankin not frequent bars; compliance with this condition precludes Ms. Rankin from working in such an establishment.

5. Ms. Rankin seeks to modify the conditions of her supervised release to remove this condition so that she can work at a bar.

6. I have spoken personally with Ms. Perez regarding the motion for modification, and she has no objection to this requested modification.

Dated this 10th day of October, 2007.

Joseph S. Friedberg

Subscribed and sworn to before
me this 10th day of October, 2007.

Notary Public

CAROLYN K FRIEDBERG
Notary Public
Minnesota
My Comm. Expires Jan 31, 2010